IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAZIM MOHAMMED | ) |
| | ) Civil Case No. 3:10-cv-0179 |
| v. | ) JUDGE NIXON |
| | ) |
| WATSON PHARMACEUTICALS, INC., | ) |
| et al. | ) |

**ORDER**

Pursuant to the Transfer Order of the Judicial Panel on Multidistrict Litigation, MDL No. 2372, this case is hereby transferred to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Northern District of Illinois.

IT IS SO ORDERED.

_____
JOHN T. NIXON
UNITED STATES DISTRICT JUDGE