UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: WATSON FENTANYL PATCH PRODUCTS LIABILITY LITIGATION | ) Case No. 1:12-cv-06296 <br> ) <br> ) MDL No. 2372 <br> ) <br> ) Judge Matthew F. Kennelly <br> ) <br> ) This Document Relates To: <br> ) *Kazim Mohammed v. Watson* <br> ) *Pharmaceuticals, Inc., et al.*, <br> ) Case No. 1:12-cv-06320 <br> ) |

### PLAINTIFF'S MOTION REQUESTING ORDER APPROVING CONFIDENTIAL SETTLEMENT

Plaintiff Kazim Mohammed, individually and on behalf of the Estate of Melissa Mohammed, has previously announced to the Court that the Parties in this matter have reached a confidential settlement ("Settlement"). Plaintiff now asks this Court to review and approve the terms of the Settlement in relation to the claims of the minor wrongful death beneficiaries Tyson Wilson, Jasmine Mohammed and Aaron Mohammed.

Plaintiff filed this case in the United States District Court for the Western District of Tennessee on February 23, 2010. Plaintiff is the surviving spouse of decedent Melissa Mohammed and the father and/or guardian of minor wrongful death beneficiaries Tyson Wilson, Jasmine Mohammed and Aaron Mohammed. Melissa Mohammed is the biological mother of Tyson Wilson, Jasmine Mohammed and Aaron Mohammed . Kazim Mohammed, Tyson Wilson, Jasmine Mohammed and Aaron Mohammed are residents of the state of Tennessee.

Under certain circumstances and conditions, a settlement of a wrongful death case originally brought in Tennessee where a minor child has a beneficial interest must be approved by the Court. For such reasons, Plaintiff asks this Court to approve the Settlement. In support of such request, Plaintiff Kazim Mohammed attached the following exhibits hereto:

1. Declaration of Kazim Mohammed (attached hereto as Exhibit "A"); and

2. Declaration of Michael Heygood (attached hereto as Exhibit "B").

Because of the confidential nature of the Settlement, Plaintiff is providing the terms of the Settlement and additional supporting documentation related thereto to the Court *in camera* for review.

Respectfully submitted,

/s/ Michael E. Heygood
Michael E. Heygood
David Pitcher
HEYGOOD, ORR & PEARSON
2331 W. Northwest Highway, 2nd Floor
Dallas, TX 75220

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record registered with the Court's CM/ECF system.

/s/ Michael E. Heygood